Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0589

Terica N. Evans v. Leona Evans; Shunnarah Injury Lawyers, P.C.; Alexander Shunnarah; Heidi DiLorenzo; and Wal-Mart Stores East, L.P. (Appeal from Jefferson Circuit Court: CV-20-903199).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.